# United States District Court
# Central District of California
# Western Division

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MANUEL BELTRAN-HIGUERA,<br><br>Defendant. | CR 12-01178 TJH<br><br><br>Order |

    The Court has considered Defendant's motion for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(2) and Amendment 782 to the United States Sentencing Guidelines Manual § 2D1.1 (2014) ("USSG"), together with the moving papers.

    Sentencing reduction, pursuant to Amendment 782, only applies to drug sentences calculated using USSG § 2D1.1. Here, however, Defendant's non-drug offenses were calculated under a different Guideline range than USSG § 2D1.1. Therefore, Defendant is not entitled to sentence reduction.

    Because there is no statutory or constitutional right to counsel for a § 3582(c) motion, and because Defendant's motion lacks merit, the Court declines to appoint

counsel. *See United States v. Richardson*, 569 Fed. Appx. 504, 504-05 (9th Cir. 2014).

Accordingly,

**It is Ordered** that Defendant's motion for sentence reduction be, and hereby is, **Denied**.

Date: November 2, 2015

_____
**Terry J. Hatter, Jr.**
**Senior United States District Judge**